No. 76–5282. RIVERA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–5287. LOGAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–5291. JOYNER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5292. INGRAM *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–5295. SILVERSTEIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5305. KESNER *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 76–5307. MATHIS *v.* SECRETARY OF DEFENSE. C. A. D. C. Cir. Certiorari denied.

No. 76–5309. BROOKS ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–5310. ORTIZ-AGUAYO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5320. KESSLER *v.* WISE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 76–5321. PLESS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–5322. DANIEL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–5328. COLEMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5329. CASTRO-AYON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.